DISTRICT COURT
**F I L E D**

SEP - 1 2011

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

DARRELL ADAMS, both individually    )
and as Special Administrator of the Estate )
of TROY ADAMS, deceased,    )
)   Case No. CJ-2011-04879
Plaintiff,    )
)   LINDA G. MORRISSEY
v.    )
)   Judge _____
APAC, Inc; APAC-Oklahoma, Inc.; and )
APAC SECURITY,    )   Jury Trial Requested
)
Defendants.    )   Attorney Lien Claimed
)

## PETITION FOR WRONGFUL DEATH

Plaintiff, Darrell Adams, both individually and as Special Administrator of the Estate of

Troy Adams ("Troy"), deceased, for his causes of action against the Defendants, alleges and

states as follows:

### PARTIES, JURISDICTION AND VENUE

1.    This is a wrongful death action arising out of an auto collision. Plaintiff asserts claims

under theories of negligence and/or gross negligence.

2.    At all times material hereto, Plaintiff Darrell Adams ("Darrell Adams" or "Plaintiff") is

and was a citizen and resident of Pawnee County, Oklahoma. Darrell Adams is the

biological father of Troy Adams, deceased. Mr. Adams is also the Special Administrator

of the Estate of Troy Adams, deceased.

3.    At all times material hereto, Plaintiff Troy Adams ("Troy Adams" or "Estate of Troy

Adams") was a citizen and resident of Pawnee County, Oklahoma.

4.    At all times material hereto, Defendant APAC, Inc. was both registered and conducting

**EXHIBIT**

1

business within the State of Oklahoma.  APAC, Inc. may be served with process by and

through its registered agent, The Corporation Company, 1833 S. Morgan Road,

Oklahoma City, Oklahoma 73128.

5.      At all times material hereto, Defendant APAC-OKLAHOMA, Inc. was both registered

and conducting business within the State of Oklahoma.  APAC-OKLAHOMA, Inc. may

be served with process by and through its registered agent, The Corporation Company,

120 North Robinson, Suite 735, Oklahoma City, Oklahoma 73102.

6.      Upon information and belief, Defendant APAC Security is a subsidiary and/or

independent contractor of Defendant APAC doing business in Tulsa County, Oklahoma.

7.      Defendants APAC, Inc., APAC-OKLAHOMA, Inc., or its affiliated entities may be

collectively referred to herein as "APAC".

8.      All acts, omissions and occurrences complained of herein occurred in Tulsa County, State

of Oklahoma.

9.      Based upon the foregoing, this Court has subject matter jurisdiction over the claims

asserted herein and venue is proper in Tulsa County District Court.

## STATEMENT OF OPERATIVE FACTS

10.     Plaintiff incorporates paragraphs 1 through 9 herein as if set forth verbatim.

11.     On or about September 5, 2009, Troy Adams, and three (3) other individuals in the same

vehicle,[1] were traveling North on North 129th East Avenue in Tulsa, Oklahoma.  Due to

improper barriers, lack of guarding and virtually no warnings, the vehicle in which Troy

---

[1]For purposes of this Petition and lawsuit, Plaintiff contends that a dispute remains as to
exactly who was actually driving the vehicle at issue in this fatal collision.

2

Adams was a passenger, drove through a dead end, T-type intersection, drove over some

rocks on an APAC roadway and ultimately careened over the edge of APAC's quarry,

launching Adams' truck several hundred feet to the bottom of the quarry.

12.  Defendant APAC was well aware of the extremely dangerous and hazardous nature of

this intersection and roadway on their property and the fatal collision complained of

herein was clearly foreseeable.  In fact, APAC was aware of at least one or more other

fatal auto collisions at this same location, prior to the incident at issue in this lawsuit.

13.  APAC negligently maintained their property at issue by their gross failure to provide

adequate barriers to prohibit vehicles from traveling through this intersection and over the

edge of their quarry cliff.  Further, APAC failed to properly guard this known hazardous

location to avoid Troy Adams, and others, from unknowingly driving onto the APAC

roadway and ultimately over the quarry's edge.  And, APAC provided little or no

adequate warnings of the extremely dangerous quarry pit that was located just past this

dead end intersection.

14.  As a direct and proximate result of APAC's negligence, Troy Adams, Andrea Merriman

and Marcus Gaches all perished as a direct and proximate cause of APAC's negligence

and/or gross negligence.  A fourth passenger in the vehicle, Amanda Stone, survived the

crash, but sustained severe bodily injuries as a result thereof.

15.  As a direct and proximate result of APAC's actions and/or failure to act, Troy Adams

died at the scene of the accident described herein.  As such, Plaintiff sustained property

damage, and other pecuniary and non-pecuniary damages, including, but not limited to,

medical expenses, pain and suffering prior to Troy Adams' death, funeral and burial

3

expenses, the total loss of Troy Adams' services, care, love, affection and consortium, all of which were and are of great value to Plaintiff and the Decedent's other surviving family members. Plaintiff has further lost the value of Troy Adams' earnings for the balance of his anticipated lifetime.

### CLAIM FOR RELIEF - NEGLIGENCE / GROSS NEGLIGENCE

16.   Plaintiff incorporates paragraphs 1 through 15 herein as if set forth verbatim.

17.   Defendants owe Plaintiff and the public at large a duty of reasonable care while operating and maintaining their rock quarry. At the time of the collision described herein, APAC breached this duty of care by failing to maintain and operate its rock quarry in a safe and proper manner. Such actions and/or failure to act constitutes negligence.

18.   As a direct and proximate cause of APAC's actions and/or failure to act, Troy Adams died at the scene of the accident described herein. As such, Plaintiff sustained property damage, and other pecuniary and non-pecuniary damages, including, but not limited to, medical expenses, pain and suffering prior to Troy Adams' death, funeral and burial expenses, the total loss of Troy Adams' services, care, love, affection and consortium, all of which were and are of great value to Plaintiff and the Decedent's other surviving family members. Plaintiff has further lost the value of Troy Adams' earnings for the balance of his anticipated lifetime. Such damages are estimated to be in an amount in excess of $75,000.00.

19.   Defendants' actions and/or failure to act constitute gross negligence and a wanton and reckless disregard for the safety and health of Troy Adams, the other Decedents and Amanda Stone. As such, Plaintiff seeks an award of exemplary damages to punish

4

Defendants for their conduct and to act as a safeguard for the public at large by deterring similar conduct in the future.

WHEREFORE, Plaintiff respectfully requests that the Court grant judgment against the Defendants on all of Plaintiff's claims and grant judgment for all actual, compensatory and non-pecuniary damages in an amount in excess of seventy-five thousand dollars ($75,000.00); award exemplary damages against Defendants which shall punish them and serve as a deterrent for similar conduct in the future; plus award Plaintiff their fees and costs incurred in this action; and all other relief the Court deems to be just and equitable.

Respectfully Submitted,

Richard A. Ford, OBA No #16498
Ford Law Firm, PLLC
1800 S. Baltimore - Suite 910
Tulsa, Oklahoma 74119
(918) 392-3440
(918) 583-6602  facsimile

And

Phillip C. Hawkins, OBA No. #15139
Hawkins Law Firm
1800 S. Baltimore - Suite 910
Tulsa, Oklahoma 74119
(918) 583-6007
(918) 583-6602  facsimile

ATTORNEYS FOR PLAINTIFFS

5

IN THE DISTRICT COURT WITHIN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

DISTRICT COURT
**F I L E D**

SEP 2 6 2011

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

DARRELL ADAMS, both individually and as Special
Administrator of the Estate of TROY ADAMS,
deceased,

PLAINTIFF,

V.

APAC, Inc.; APAC-Oklahoma, Inc.; and APAC
SECURITY,

DEFENDANTS

Case No. CJ-2011-04879
Judge Linda G. Morrissey

## ENTRY OF APPEARANCE AS COUNSEL FOR
## APAC, INC., APAC-OKLAHOMA, INC. AND APAC SECURITY

COMES NOW Dan S. Folluo of the Law Firm of Rhodes, Hieronymus, Jones, Tucker &

Gable and enters his appearance as counsel of record for the Defendant, APAC, Inc., APAC-

Oklahoma, Inc. and APAC Security pursuant to Title 12 O.S. §2005.2(a).

Respectfully submitted,

By _____
DAN S. FOLLUO, OBA# 11303
dfolluo@rhodesokla.com
WILLIAM T. McKEE, OBA #15305
wmckee@rhodesokla.com
RANDALL E. LONG, OBA #22216
rlong@rhodesokla.com
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
(918) 582-1173
(918) 592-3390 Facsimile
**ATTORNEYS FOR DEFENDANT
APAC, INC.**

EXHIBIT
2

## CERTIFICATE OF MAILING

I, hereby certify that on this 26th day of September, 2011, I caused to be mailed a true and correct copy of the within and foregoing instrument to:

Mr. Richard A. Ford, OBA #16498
Ford Law Firm, PLLC
1800 South Baltimore, Suite 910
Tulsa, Oklahoma 74119

Mr. Phillip C. Hawkins, OBA #15139
Hawkins Law Firm
1800 South Baltimore, Suite 910
Tulsa, Oklahoma 74119

_____
DAN S. FOLLUO/WILLIAM T. McKEE/
RANDALL E. LONG

2

IN THE DISTRICT COURT WITHIN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

**FILED**

SEP 2 6 2011

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

DARRELL ADAMS, both individually and as Special
Administrator of the Estate of TROY ADAMS,
deceased,

                           **PLAINTIFF,**

V.

APAC, Inc.; APAC-Oklahoma, Inc.; and APAC
SECURITY,

                        **DEFENDANTS**

Case No. CJ-2011-04879
Judge Linda G. Morrissey

## ENTRY OF APPEARANCE AS COUNSEL FOR
## APAC, INC., APAC-OKLAHOMA, INC. AND APAC SECURITY

COMES NOW William T. McKee of the Law Firm of Rhodes, Hieronymus, Jones, Tucker &
Gable and enters his appearance as counsel of record for the Defendant, APAC, Inc., APAC-
Oklahoma, Inc. and APAC Security pursuant to Title 12 O.S. §2005.2(a).

Respectfully submitted,

By _____

DAN S. FOLLUO, OBA# 11303
dfolluo@rhodesokla.com
WILLIAM T. McKEE, OBA #15305
wmckee@rhodesokla.com
RANDALL E. LONG, OBA #22216
rlong@rhodesokla.com
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
(918) 582-1173
(918) 592-3390 Facsimile
**ATTORNEYS FOR DEFENDANT
APAC, INC.**

**EXHIBIT**

3

<u>CERTIFICATE OF MAILING</u>

I, hereby certify that on this 26th day of September, 2011, I caused to be mailed a true and correct copy of the within and foregoing instrument to:

Mr. Richard A. Ford, OBA #16498
Ford Law Firm, PLLC
1800 South Baltimore, Suite 910
Tulsa, Oklahoma 74119

Mr. Phillip C. Hawkins, OBA #15139
Hawkins Law Firm
1800 South Baltimore, Suite 910
Tulsa, Oklahoma 74119

DAN S. FOLLUO/WILLIAM T. McKEE/
RANDALL E. LONG

2

IN THE DISTRICT COURT WITHIN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

**DISTRICT COURT**
**FILED**

SEP 2 6 2011

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

DARRELL ADAMS, both individually and as Special
Administrator of the Estate of TROY ADAMS,
deceased,

                       PLAINTIFF,

V.

APAC, Inc.; APAC-Oklahoma, Inc.; and APAC
SECURITY,

                       DEFENDANTS

Case No. CJ-2011-04879
Judge Linda G. Morrissey

## ENTRY OF APPEARANCE AS COUNSEL FOR
## APAC, INC., APAC-OKLAHOMA, INC. AND APAC SECURITY

COMES NOW Randall E. Long of the Law Firm of Rhodes, Hieronymus, Jones, Tucker &

Gable and enters his appearance as counsel of record for the Defendant, APAC, Inc., APAC-

Oklahoma, Inc. and APAC Security pursuant to Title 12 O.S. §2005.2(a).

Respectfully submitted,

By         _____

DAN S. FOLLUO, OBA# 11303
dfolluo@rhodesokla.com
WILLIAM T. McKEE, OBA #15305
wmckee@rhodesokla.com
RANDALL E. LONG, OBA #22216
rlong@rhodesokla.com
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
(918) 582-1173
(918) 592-3390 Facsimile
**ATTORNEYS FOR DEFENDANT**
**APAC, INC.**



EXHIBIT

tabbies

4

## CERTIFICATE OF MAILING

I, hereby certify that on this 26 day of September, 2011, I caused to be mailed a true and correct copy of the within and foregoing instrument to:

Mr. Richard A. Ford, OBA #16498
Ford Law Firm, PLLC
1800 South Baltimore, Suite 910
Tulsa, Oklahoma 74119

Mr. Phillip C. Hawkins, OBA #15139
Hawkins Law Firm
1800 South Baltimore, Suite 910
Tulsa, Oklahoma 74119

_____

DAN S. FOLLUO/WILLIAM T. McKEE/
RANDALL E. LONG

2

IN THE DISTRICT COURT WITHIN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

DARRELL ADAMS, both individually and as Special
Administrator of the Estate of TROY ADAMS,
deceased,

PLAINTIFF,

V.

APAC, Inc.; APAC-Oklahoma, Inc.; and APAC
SECURITY,

DEFENDANTS

Case No. CJ-2011-04879
Judge Linda G. Morrissey

DISTRICT COURT
F I L E D
SEP 2 7 2011
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

## AMENDED ENTRY OF APPEARANCE AS COUNSEL FOR APAC, INC.

COMES NOW Dan S. Folluo of the Law Firm of Rhodes, Hieronymus, Jones, Tucker & Gable and enters his appearance as counsel of record for the Defendant, APAC, Inc., pursuant to Title 12 O.S. §2005.2(a).

Counsel would state a prior Entry of Appearance as Counsel filed by counsel mistakenly included entities APAC-Oklahoma, Inc. and APAC Security. At this time, Counsel has not been retained to represent APAC-Oklahoma, Inc. or APAC Security and, therefore, is not entering an appearance as counsel for either entity.

**EXHIBIT**

tabbies

5

Respectfully submitted,

By                   _____

DAN S. FOLLUO, OBA# 11303
dfolluo@rhodesokla.com
WILLIAM T. McKEE, OBA #15305
wmckee@rhodesokla.com
RANDALL E. LONG, OBA #22216
rlong@rhodesokla.com
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
(918) 582-1173
(918) 592-3390 Facsimile
**ATTORNEYS FOR DEFENDANT
APAC, INC.**

## CERTIFICATE OF MAILING

I, hereby certify that on this _27_ day of September, 2011, I caused to be mailed a true and correct copy of the within and foregoing instrument to:

Mr. Richard A. Ford, OBA #16498
Ford Law Firm, PLLC
1800 South Baltimore, Suite 910
Tulsa, Oklahoma 74119

Mr. Phillip C. Hawkins, OBA #15139
Hawkins Law Firm
1800 South Baltimore, Suite 910
Tulsa, Oklahoma 74119

_____
DAN S. FOLLUO/WILLIAM T. McKEE/
RANDALL E. LONG

2

IN THE DISTRICT COURT WITHIN AND FOR TULSA COUNTY DISTRICT COURT
STATE OF OKLAHOMA

**FILED**

SEP 2 7 2011

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

DARRELL ADAMS, both individually and as Special
Administrator of the Estate of TROY ADAMS,
deceased,

PLAINTIFF,

V.

APAC, Inc.; APAC-Oklahoma, Inc.; and APAC
SECURITY,

DEFENDANTS

Case No. CJ-2011-04879
Judge Linda G. Morrissey

## AMENDED ENTRY OF APPEARANCE AS COUNSEL FOR APAC, INC.

COMES NOW William T. McKee of the Law Firm of Rhodes, Hieronymus, Jones, Tucker &
Gable and enters his appearance as counsel of record for the Defendant, APAC, Inc. pursuant to Title
12 O.S. §2005.2(a).

Counsel would state a prior Entry of Appearance as Counsel filed by counsel mistakenly
included entities APAC-Oklahoma, Inc. and APAC Security. At this time, Counsel has not been
retained to represent APAC-Oklahoma, Inc. or APAC Security and, therefore, is not entering an a

**EXHIBIT**

tabbies

6

ppearance as counsel for either entity.

Respectfully submitted,

By _____

DAN S. FOLLUO, OBA# 11303
dfolluo@rhodesokla.com
WILLIAM T. McKEE, OBA #15305
wmckee@rhodesokla.com
RANDALL E. LONG, OBA #22216
rlong@rhodesokla.com
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
(918) 582-1173
(918) 592-3390 Facsimile
**ATTORNEYS FOR DEFENDANT
APAC, INC.**

### CERTIFICATE OF MAILING

I hereby certify that on this _27_ day of September, 2011, I caused to be mailed a true and correct copy of the within and foregoing instrument to:

Mr. Richard A. Ford, OBA #16498
Ford Law Firm, PLLC
1800 South Baltimore, Suite 910
Tulsa, Oklahoma 74119

Mr. Phillip C. Hawkins, OBA #15139
Hawkins Law Firm
1800 South Baltimore, Suite 910
Tulsa, Oklahoma 74119

_____

DAN S. FOLLUO/WILLIAM T. McKEE/
RANDALL E. LONG

2

IN THE DISTRICT COURT WITHIN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

DARRELL ADAMS, both individually and as Special
Administrator of the Estate of TROY ADAMS,
deceased,

PLAINTIFF,

V.

APAC, Inc.; APAC-Oklahoma, Inc.; and APAC
SECURITY,

DEFENDANTS

Case No. CJ-2011-04879
Judge Linda G. Morrissey



DISTRICT COURT
**F I L E D**

SEP 2 7 2011

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

## AMENDED ENTRY OF APPEARANCE AS COUNSEL FOR APAC, INC.

COMES NOW Randall E. Long of the Law Firm of Rhodes, Hieronymus, Jones, Tucker &

Gable and enters his appearance as counsel of record for the Defendant, APAC, Inc., pursuant to

Title 12 O.S. §2005.2(a).

Counsel would state a prior Entry of Appearance as Counsel filed by counsel mistakenly

included entities APAC-Oklahoma, Inc. and APAC Security. At this time, Counsel has not been

retained to represent APAC-Oklahoma, Inc. or APAC Security and, therefore, is not entering an

appearance as counsel for either entity.

**EXHIBIT**

7

Respectfully submitted,

By

DAN S. FOLLUO, OBA# 11303
dfolluo@rhodesokla.com
WILLIAM T. McKEE, OBA #15305
wmckee@rhodesokla.com
RANDALL E. LONG, OBA #22216
rlong@rhodesokla.com
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
(918) 582-1173
(918) 592-3390 Facsimile
**ATTORNEYS FOR DEFENDANT
APAC, INC.**

## CERTIFICATE OF MAILING

I, hereby certify that on this 21 day of September, 2011, I caused to be mailed a true and correct copy of the within and foregoing instrument to:

Mr. Richard A. Ford, OBA #16498
Ford Law Firm, PLLC
1800 South Baltimore, Suite 910
Tulsa, Oklahoma 74119

Mr. Phillip C. Hawkins, OBA #15139
Hawkins Law Firm
1800 South Baltimore, Suite 910
Tulsa, Oklahoma 74119

DAN S. FOLLUO/WILLIAM T. McKEE/
RANDALL E. LONG

2

IN THE DISTRICT COURT WITHIN AND FOR TULSA COUNTY DISTRICT COURT
STATE OF OKLAHOMA

**F I L E D**

SEP 2 6 2011

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA, TULSA COUNTY

DARRELL ADAMS, BOTH INDIVIDUALLY AND AS
SPECIAL ADMINISTRATOR OF THE ESTATE OF TROY
ADAMS, DECEASED,

Plaintiffs,

v.

APAC, INC.; APAC-OKLAHOMA, INC.; AND APAC
SECURITY

Defendants.

Case No. CJ-2011-4879
Judge Linda G. Morrissey

## DEFENDANT APAC, INC.'S ANSWER TO PLAINTIFF'S PETITION

COMES NOW the Defendant, APAC, Inc., and for its Answer to Plaintiff's Petition would
state as follows:

1.      Defendant has insufficient information to either admit or deny the allegations
contained in paragraph 1 of Plaintiff's Petition and, therefore, denies same, demanding strict proof
thereof by a preponderance of the evidence.

2.      Defendant has insufficient information to either admit or deny the allegations
contained in paragraph 2 of Plaintiff's Petition and, therefore, denies same, demanding strict proof
thereof by a preponderance of the evidence.

3.      Defendant has insufficient information to either admit or deny the allegations
contained in paragraph 3 of Plaintiff's Petition and, therefore, denies same, demanding strict proof
thereof by a preponderance of the evidence.

**EXHIBIT**

8

4.      Defendant denies that it was conducting business within the State of Oklahoma. Defendant would state that it is a Delaware Corporation with its principle place of business in Georgia.

5.      Defendant denies the allegations contained in paragraph 5 of Plaintiff's Petition. Plaintiff would further state after the accident of September 5, 2009 but prior to the filing of the Adams law suit on September 1, 2011, APAC-Oklahoma, Inc. was merged with McClinton-Anchor and Arkola Sand and Gravel into APAC-Central, Inc. APAC-Central, Inc. is a Delaware corporation. Its headquarters is located in Arkansas. Its officers direct, control, and coordinate its operation from its headquarters in Arkansas.

6.      Defendant has insufficient information to either admit or deny the allegations contained within paragraph 6 of Plaintiff's Petition and, therefore, denies same, demanding strict proof thereof by a preponderance of the evidence.

7.      Defendant denies that the three entities identified by Plaintiffs should be referred to collectively as "APAC."

8.      Defendant denies that it committed any act or omission in Tulsa County, State of Oklahoma and, therefore, demands strict proof thereof by a preponderance of the evidence. Defendant does admit that Troy Adams caused a fatality accident in Tulsa County, State of Oklahoma.

9.      Defendant admits that jurisdiction and venue are proper before this Court.

10.     No response is needed to paragraph 10 of Plaintiff's Petition; however, to the extent a response is necessary, Defendant denies any allegations therein and, therefore, demands strict proof thereof by a preponderance of the evidence.

2

11.     Defendant denies that Troy Adams was a passenger in a vehicle that was involved in a fatality accident on or about September 5, 2009. Defendant would further state that Troy Adams negligently operated the vehicle in such a matter as to cause the vehicle to crash through several barricades and ultimately careened over the edge of the quarry operated by Defendant, APAC-Central, Inc. Defendant expressly denies the remaining allegations contained within paragraph 11 of Plaintiff's Petition and, therefore, demands strict proof thereof by a preponderance of the evidence.

12.     Defendant expressly denies the allegations as contained within paragraph 12 of Plaintiff's Petition and, therefore, demands strict proof thereof by a preponderance of the evidence.

13.     Defendant expressly denies the allegations contained in paragraph 13 of Plaintiff's Petition and, therefore, demands strict proof thereof by a preponderance of the evidence.

14.     Defendant admits that Troy Adams, Andrea Merriman and Marcus Gaches all perished and that Amanda Stone survived the crash. Defendant expressly denies the remaining allegations contained within paragraph 14 of Plaintiff's Petition and, therefore, demands strict proof thereof by a preponderance of the evidence.

15.     Defendant expressly denies the allegations contained in paragraph 15 of Plaintiff's Petition and, therefore, demands strict proof thereof by a preponderance of the evidence.

16.     No response is needed to paragraph 10 of Plaintiff's Petition; however, to the extent a response is necessary, Defendant denies any allegations therein and, therefore, demands strict proof thereof by a preponderance of the evidence.

17.     Defendant expressly denies the allegations contained in paragraph 17 of Plaintiff's Petition and, therefore, demands strict proof thereof by a preponderance of the evidence.

3

18.     Defendant expressly denies the allegations contained in paragraph 18 of Plaintiff's Petition and, therefore, demands strict proof thereof by a preponderance of the evidence.

19.     Defendant expressly denies the allegations contained in paragraph 19 of Plaintiff's Petition and, therefore, demands strict proof thereof by a preponderance of the evidence.

## AFFIRMATIVE DEFENSES

1.     Plaintiff's injuries were caused by the negligence of Plaintiff's decedent, Troy Adams, and were not the result of any action/inaction of this Defendant.

2.     Plaintiff has failed to state a claim against this Defendant upon which relief may be granted.

3.     Should this Defendant be found to have acted in a negligent manner, which is not admitted but it is expressly denied, Defendant states that Plaintiff's decedent was negligent and that his negligence exceeded that of the Defendant herein so as to bar recovery.

4.     Defendant expressly denies that it acted negligently in anyway.

5.     Plaintiff's injuries were caused the negligent actions/inactions of a third party over which this Defendant has no control.

6.     Should this Defendant be found to have acted negligently, which is not admitted but is expressly denied, Defendant states that its negligence merely established a condition. Defendant further states that the condition was not the proximate cause of Plaintiff's decedent injuries and/or damage. Defendant states that Plaintiff's decedent had the last clear chance to avoid the subject accident and that Plaintiff's decedent's failure to do so was the proximate cause of Plaintiff's injuries and damages.

4

7.     Plaintiff's decedent had knowledge and appreciated certain dangers and risks involved in the activity in which he was involved at the time of his injury.  Plaintiff's decedent voluntarily exposed himself to those risks and dangers so as to bar recovery from this Defendant.

8.     Plaintiff's prayer for punitive damages violates the Constitution for the State of Oklahoma as well as the Constitution for the United States of America.

9.     Defendant denies that it owed any affirmative duty to Plaintiff's decedent other than to not intentionally harm or cause injury to Plaintiff's decedent.

10.     Defendant states that this Defendant did not own, operate, maintain or in any way control the property identified by Plaintiff in his Petition and, therefore, owed no duty to Plaintiff's decedent.

11.     The present lawsuit should be dismissed for Plaintiff's failure to comply with 12 O.S. § 2008, as amended.

12.     Plaintiff's claims are barred, in whole or in part, by operation of the equitable doctrine of estoppel and laches.

13.     By way of further defense, including in the alternative, the condition about which Plaintiff now complains was clearly open and obvious.  Therefore, Plaintiff is precluded from recovering against this Defendant.

14.     Plaintiff's comparative negligence bars any action against this Defendant.

15.     Plaintiff has failed to join an indispensible party in whose absence a complete and just adjudication will be impossible.

16.     Defendant specifically reserves the right to amend this Answer and defenses presented herein through the conclusion of discovery.

WHEREFORE, premises considered, Defendant APAC, Inc., respectfully prays this Court enter judgment in its favor, and against Plaintiff, and that Plaintiff take nothing by way of this action. Defendant further prays that this Court enter an order awarding it its reasonable attorney fees and costs and for any such other further relief as this Court may deem just under the circumstances.

Respectfully submitted,

RHODES, HIERONYMUS, JONES, TUCKER & GABLE, P.L.L.C.

By    _____

DAN S. FOLLUO, OBA #11303
dfolluo@rhodesokla.com
WILLIAM T. McKEE, OBA #15305
BMCKEE@RHODESOKLA.COM
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
Telephone:    (918) 582-1173
Facsimile:    (918) 592-3390
*Attorneys for Defendant, APAC, Inc.*

## CERTIFICATE OF MAILING

I hereby certify that on this 26th day of September, 2011, I caused to be mailed a true and correct copy of the within and foregoing instrument to:

Richard A. Ford
Phillip C. Hawkins
1800 South Baltimore, Suite 910
Tulsa, Oklahoma 74119
*Attorneys for Plaintiffs*

_____
DAN S. FOLLUO/WILLIAM T. McKEE

6

## DECLARATION

I, M. Craig Hall, am over twenty-one (21) years of age, have never been convicted of a felony or crime of moral turpitude, and state the following facts based upon personal knowledge and a review of company records.

1. I am the Deputy General Counsel of Oldcastle, Inc.

2. Oldcastle, Inc. is an affiliated company of APAC, Inc. and APAC Central, Inc.

3. In the case styled *Estate of Troy Adams vs. APAC, Inc., APAC-Oklahoma, Inc., and APAC Security*, pending in the District Court of Tulsa County, State of Oklahoma, Case No: CJ-2011-4879 ("Plaintiff's Petition"); Plaintiffs allege that APAC, Inc., APAC-Oklahoma, Inc. and APAC Security negligently maintained their property in failing to properly guard their property, resulting in the death of Troy Adams.

4. APAC, Inc. is a Delaware corporation. Its headquarters is located in Georgia. Its officers direct, control, and coordinate its operation from its headquarters in Georgia.

5. APAC, Inc. does not own the property in question, did not own the property at the time of the accident and has never owned or operated the quarry as alleged in Plaintiff's Petition.

6. APAC-Oklahoma, Inc. was a Delaware corporation with its principal place of

-1-

EXHIBIT

9

business in Tulsa, Oklahoma.

7. After the accident of September 5, 2009 but prior to the filing of the Plaintiff's Petition on September 1, 2011, APAC-Oklahoma, Inc. was merged with APAC-Arkansas, Inc. into APAC-Central, Inc.

8. APAC-Central, Inc. is a Delaware corporation.  Its headquarters is located in Arkansas.  Its officers direct, control, and coordinate its operation from its headquarters in Arkansas.

9. At the time the Plaintiff's Petition was filed, the only entity in existence was APAC-Central, Inc.

10. There is no such entity identified by Plaintiff's Petition as APAC Security that has ever owned, operated or in any way been involved with the quarry operation identified in Plaintiff's Petition.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: September 28, 2011

_____
M. Craig Hall

-2-

**IN THE DISTRICT COURT IN AND FOR TULSA COUNTY**
**STATE OF OKLAHOMA**

**DARRELL ADAMS, both individually and**
**as Special Administrator of the Estate of**
**TROY ADAMS, deceased,**
                    **Plaintiff(s)**

**vs.**                                                    **Case Number: CJ-2011-4879**
                                                          **Judge Morrissey**
1.  **APAC, INC.;**
2.  **APAC-Oklahoma, Inc.; and**
3.  **APAC SECURITY.**
                    **Defendant(s)**

## NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT

Pursuant to 28 U.S.C. §1446(d), Defendant APAC, Inc., hereby gives notice of the filing of

Notice of Removal of the above captioned matter proceeding with the office of the clerk with

the United States District Court for the Northern District of Oklahoma.  Attached hereto as

Exhibit "1" is a copy of the Notice of Removal so filed.  No further action need be taken by this

Court, other than forwarding a complete copy of the record of this action to the United States

District Court, unless and until this action is remanded to this Court. *See* 28 USC §1446(d).

                                        Respectfully submitted,

                       By      _____
                                        DAN S. FOLLUO OBA #11303
                                        dfolluo@rhodesokla.com
                                        WILLIAM T. McKEE OBA #15305
                                        bmckee@rhodesokla.com
                                        RANDALL E. LONG OBA #22216
                                        rlong@rhodesokla.com
                                        Rhodes, Hieronymus, Jones, Tucker, and
                                        Gable
                                        P.O. Box 21100
                                        Tulsa, OK 74121-1100
                                        (918) 582-1173
                                        (918) 592-3390 (facsimile)
                                        **ATTORNEYS FOR APAC, INC.**

EXHIBIT
10

**CERTIFICATE OF MAILING**

I, hereby certify that on this _30_ day of _September_, 2011, I caused to be mailed a true and correct copy of the within and foregoing instrument to:

Mr. Richard A. Ford, OBA #16498
Ford Law Firm, PLLC
1800 South Baltimore, Suite 910
Tulsa, Oklahoma 74119

Mr. Phillip C. Hawkins, OBA #15139
Hawkins Law Firm
1800 South Baltimore, Suite 910
Tulsa, Oklahoma 74119

_____
DAN S. FOLLUO/WILLIAM T. McKEE

2

# IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| | |
|---|---|
| DARRELL ADAMS, SPECIAL ADMINISTRATOR <br>      Plaintiff, and <br> ESTATE OF TROY ADAMS, <br>      Plaintiff, <br> v. <br> APAC INC, <br>      Defendant, and <br> APAC OKLAHOMA INC, <br>      Defendant, and <br> APAC SECURITY, <br>      Defendant. | No. CJ-2011-4879 <br> (Civil relief more than $10,000: <br> NEGLIGENCE (GENERAL)) <br><br> Filed: 09/01/2011 <br><br> Judge: Morrissey, Linda G. |

## Parties

ADAMS, DARRELL , Plaintiff
APAC INC , Defendant
APAC OKLAHOMA INC , Defendant
APAC SECURITY , Defendant
ESTATE OF TROY ADAMS , Plaintiff

## Attorneys

| Attorney | Represented Parties |
|---|---|
| FOLLUO, DAN S(Bar # 11303) <br> RHODES, HIERONYMUS, JONES, TUCKER & GABLE <br> PO BOX 21100 <br> TULSA, OK 74121 | , |
| FORD, RICHARD ALLEN(Bar # 16498) <br> FORD LAW FIRM PLLC <br> 1800 S BALTIMORE, SUITE 910 <br> TULSA, OK 74119 | ADAMS, DARRELL <br> ESTATE OF TROY ADAMS, |
| LONG, RANDALL E(Bar # 22216) <br> P.O. BOX 21100 <br> TULSA, OK 74121 | , |
| McKee, William T.(Bar # 15305) <br> PO BOX 21100 <br> TULSA, OK 74121 | , |

## Events

| Event | Party | Docket | Reporter |
|---|---|---|---|

## Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**

Issue: NEGLIGENCE (GENERAL) (NEGL)
Filed by: ADAMS, DARRELL
Filed Date: 09/01/2011

**Party Name:**

Disposition Information:

**Defendant:** APAC INC

Pending.



EXHIBIT

tabbies

11

**Defendant:** APAC OKLAHOMA INC          Pending.

**Defendant:** APAC SECURITY              Pending.

**Issue # 2.**                            Issue: NEGLIGENCE (GENERAL) (NEGL)
                                          Filed by: ESTATE OF TROY ADAMS
                                          Filed Date: 09/01/2011

**Party Name:**                           **Disposition Information:**

**Defendant:** APAC INC                   Pending.

**Defendant:** APAC OKLAHOMA INC          Pending.

**Defendant:** APAC SECURITY              Pending.

## Docket

| Date | Code | Count | Party | Serial # | Entry Date | User Name | | |
|------|------|-------|-------|----------|------------|-----------|---|---|
| 09-01-2011 | TEXT | 1 | | 79031308 | Sep 1 2011 3:46:01:547PM | OSCN\CarolynCarter | - | $ 0.00 |
| | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | | | | | | |
| 09-01-2011 | NEGL | - | | 79031310 | Sep 1 2011 3:46:01:587PM | OSCN\CarolynCarter | Realized | $ 0.00 |
| | NEGLIGENCE (GENERAL) | | | | | | | |
| 09-01-2011 | DMFE | - | | 79031311 | Sep 1 2011 3:46:01:597PM | SYSTEM\Autodocket | Realized | $ 2.00 |
| | DISPUTE MEDIATION FEE($ 2.00) | | | | | | | |
| 09-01-2011 | PFE1 | - | | 79031312 | Sep 1 2011 3:50:39:117PM | OSCN\DebbieJoshlin | Realized | $ 163.00 |
| | PETITION($ 163.00) | | | | | | | |
| | 📄 *Document Available at Court Clerk's Office (#1016392675)* | | | | | | | |
| 09-01-2011 | PFE7 | - | | 79031313 | Sep 1 2011 3:46:01:597PM | SYSTEM\Autodocket | Realized | $ 6.00 |
| | LAW LIBRARY FEE($ 6.00) | | | | | | | |
| 09-01-2011 | OCISR | - | | 79031314 | Sep 1 2011 3:46:01:597PM | SYSTEM\Autodocket | Realized | $ 25.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00) | | | | | | | |
| 09-01-2011 | LTF | - | | 79031315 | Sep 1 2011 3:46:01:807PM | OSCN\CarolynCarter | Realized | $ 10.00 |
| | LENGTHY TRIAL FUND($ 10.00) | | | | | | | |
| 09-01-2011 | SMF | - | | 79031316 | Sep 1 2011 3:46:25:137PM | OSCN\CarolynCarter | Realized | $ 10.00 |
| | SUMMONS FEE (CLERKS FEE) -2-($ 10.00) | | | | | | | |
| 09-01-2011 | SMIMA | - | | 79031317 | Sep 1 2011 3:46:29:547PM | OSCN\CarolynCarter | Realized | $ 0.00 |
| | SUMMONS ISSUED - MAILED BY ATTORNEY -2- | | | | | | | |
| 09-01-2011 | TEXT | - | | 79031309 | Sep 1 2011 3:46:01:567PM | OSCN\CarolynCarter | - | $ 0.00 |
| | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE MORRISSEY, LINDA G. TO THIS CASE. | | | | | | | |

| 09-01-2011 | ACCOUNT | - | | 79031327 | Sep 1 2011 3:46:51:587PM | OSCN\CarolynCarter | - | $ 0.00 |
|---|---|---|---|---|---|---|---|---|

RECEIPT # 2011-2193891 ON 09/01/2011.
PAYOR:FORD LAW FIRM TOTAL AMOUNT PAID: $216.00.
LINE ITEMS:
CJ-2011-4879: $173.00 ON AC01 CLERK FEES.
CJ-2011-4879: $6.00 ON AC23 LAW LIBRARY FEE.
CJ-2011-4879: $2.00 ON AC64 DISPUTE MEDIATION FEES.
CJ-2011-4879: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2011-4879: $10.00 ON AC81 LENGTHY TRIAL FUND.

| 09-26-2011 | EAA | - | APAC INC | 79246003 | Sep 26 2011 4:25:28:953PM | OSCN\PatriciaLawson | - | $ 0.00 |
|---|---|---|---|---|---|---|---|---|

ENTRY OF APPEARANCE AS COUNSEL FOR APAC, INC, APAC-OKLAHOMA.INC AND APC
SECURITY// WILLIAM T MCKEE ENTERS AS COUNSEL// COVER SHEET// CERTIFICATE OF
MAILING
📄 *Document Available at Court Clerk's Office (#1016705725)*

| 09-26-2011 | EAA | - | APAC INC | 79246124 | Sep 26 2011 4:27:02:673PM | OSCN\PatriciaLawson | - | $ 0.00 |
|---|---|---|---|---|---|---|---|---|

ENTRY OF APPEARANCE AS COUNSEL FOR APAC, INC., APAC-OKLAHOMA, INC. AND APAC
SECURITY// DAN S FOLLUO ENTERS AS COUNSEL
📄 *Document Available at Court Clerk's Office (#1016705721)*

| 09-26-2011 | A | - | APAC INC | 79246144 | Sep 26 2011 4:27:39:753PM | OSCN\CarolynKindley | - | $ 0.00 |
|---|---|---|---|---|---|---|---|---|

DEFENDANT APAC, INC'S ANSWER TO PLAINTIFF'S PETITION / CERTIFICATE OF MAILING
📄 *Document Available at Court Clerk's Office (#1016705211)*

| 09-26-2011 | EAA | - | APAC INC | 79246154 | Sep 26 2011 4:28:02:313PM | OSCN\PatriciaLawson | - | $ 0.00 |
|---|---|---|---|---|---|---|---|---|

ENTRY OF APPEARANCE, AS COUNSEL FOR APAC, INC. APAC-OKLAHOMA, INC. AND APAC
SECURITY// RANDALL E LONG ENTERS AS COUNSEL// COVER SHEET// CERTIFICATE OF
SERVICE
📄 *Document Available at Court Clerk's Office (#1016705717)*

| 09-27-2011 | AM | - | APAC INC | 79260138 | Sep 27 2011 4:17:50:980PM | OSCN\PatriciaLawson | - | $ 0.00 |
|---|---|---|---|---|---|---|---|---|

AMENDED ENTRY OF APPEARANCE AS COUNSEL FOR APAC INC/CERTIFICATE OF MAILING

📄 *Document Available at Court Clerk's Office (#1016701215)*

| 09-27-2011 | AM | - | APAC INC | 79260284 | Sep 27 2011 4:24:23:380PM | OSCN\PatriciaLawson | - | $ 0.00 |
|---|---|---|---|---|---|---|---|---|

AMENDED ENTRY OF APPEARANCE AS COUNSEL FOR APAC, INC// CERTIFICATE OF
MAILING
📄 *Document Available at Court Clerk's Office (#1016701211)*

| 09-27-2011 | AM | - | APAC INC | 79260300 | Sep 27 2011 4:24:58:940PM | OSCN\PatriciaLawson | - | $ 0.00 |
|---|---|---|---|---|---|---|---|---|

AMENDED ENTRY OF APPEARANCE AS COUNSEL FOR APAC, INC.// CERTIFICATE OF
MAILING
📄 *Document Available at Court Clerk's Office (#1016701207)*

## Balances

| Party | Costs Due | Costs Paid | Balance Due | Cash Bonds | Bond Forf. | Overpayments | Holding |
|---|---|---|---|---|---|---|---|
| ADAMS, DARRELL | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| ESTATE OF TROY ADAMS | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| APAC SECURITY | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| APAC INC | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| APAC OKLAHOMA INC | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Generic Party | $ 216.00 | $ 216.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Totals | $ 216.00 | $ 216.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Report Generated by The Oklahoma Court Information System at September 30, 2011 14:53 PM

End of Transmission.



I, Sally Howe Smith, Court Clerk for Tulsa County, Oklahoma, hereby certify that the foregoing is a true, correct and full copy of the instrument herewith set out as appears on record in the Court Clerk's Office of Tulsa County, Oklahoma, this

SEP 3 0 2011

By _____ Deputy